No. 88–5985.   RICH v. CALIFORNIA.   Sup. Ct. Cal.;

No. 88–6015.   DANIELS v. ALABAMA.   Sup. Ct. Ala.; and

No. 88–6017.   FAIRCHILD v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. D–724.   IN RE DISBARMENT OF STORTS, *ante*, p. 963;

No. 86–1904.   ARIZONA v. YOUNGBLOOD, *ante*, p. 51;

No. 87–7201.   FOLEY v. SECRETARY OF THE ARMY, *ante*, p. 980;

No. 88–464.   RAILWAY LABOR EXECUTIVES' ASSN. ET AL. v. CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL., *ante*, p. 966;

No. 88–5318.   IN RE YOUNGS-SETTLE, *ante*, p. 923;

No. 88–5353.   BENTLEY v. UNITED STATES, *ante*, p. 970;

No. 88–5496.   YOUNGS v. LAWYERS SURETY CORP. ET AL., *ante*, p. 945;

No. 88–5524.   IN RE KERPA, AKA LAWSON, *ante*, p. 964;

No. 88–5614.   LUTHER v. PENNSYLVANIA, *ante*, p. 971;

No. 88–5630.   HAMBLIN v. OHIO, *ante*, p. 975;

No. 88–5660.   TEDDERS v. LORD ET AL., *ante*, p. 962;

No. 88–5693.   MCCOLPIN v. BROOKS, *ante*, p. 984; and

No. 88–5747.   KNOWLES v. UNITED STATES, *ante*, p. 974.   Petitions for rehearing denied.

No. 88–640.   EMPIRE BLUE CROSS & BLUE SHIELD ET AL. v. UNITED STATES, *ante*, p. 993; and

No. 88–5558.   FLOWERS v. WARDEN, CONNECTICUT CORRECTIONAL INSTITUTION, SOMERS, CONNECTICUT, *ante*, p. 995.   Peti-

tions for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of these petitions.

JANUARY 26, 1989

No. 88–6138 (A–583). JULIUS v. ALABAMA ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

FEBRUARY 3, 1989

No. A–603. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. CLARK. Application of the Attorney General of Florida for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.